# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 341ST JUDICIAL DISTRICT COURT OF WEBB COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on July 22, 2015, the cause upon appeal to revise or reverse your judgment between

City of Laredo, Texas, Appellant

V.

Julian Jacobo Reyna, Appellee

No. 04-15-00147-CV and Tr. Ct. No. 2014-CVQ-000557 D3

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's order denying the City of Laredo's plea to the jurisdiction is REVERSED and judgment is RENDERED that Julian Jacobo Reyna's claims against the City of Laredo are dismissed with prejudice. We order Julian Jacobo Reyna to pay all costs of the appeal.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on September 30, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00147-CV

**City of Laredo, Texas**

**v.**

**Julian Jacobo Reyna**

(NO. 2014-CVQ-000557 D3 IN 341ST JUDICIAL DISTRICT COURT OF WEBB COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| REPORTER'S RECORD | $114.00 | PAID | MR. ALBERT LOPEZ |
| CLERK'S RECORD | $49.00 | PAID | ALBERT LOPEZ |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | ALBERT LOPEZ |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | ALBERT LOPEZ |
| FILING | $100.00 | E-PAID | ALBERT LOPEZ |
| INDIGENT | $25.00 | E-PAID | ALBERT LOPEZ |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this September 30, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853